# COUNTY AND NEIGHBORHOOD DESCRIPTION

## Sonoma County

The subject property is located in unincorporated Sonoma County, about 1.5 miles west of the City of Sonoma, and 12 miles east of the City of Petaluma. Sonoma County is the northernmost of the nine San Francisco Bay Area counties; Development for the past 10 years was extensive but the Association of Bay Area Governments (ABAG) estimates that development will decline substantially, given the emphasis on growth polices of the County and the recessionary trends in the economy.

## REGIONAL LOCATION MAP



## Transportation

Sonoma County is linked to the Bay Area by U.S. Highway 101 that runs the length of California north to south and connects Sonoma County to Marin County on the south, to Mendocino County on the north, Napa County to the east, and Solano County to the south.

The county is served by State Routes 12, 116, 121 and 37 that provide a weave of interconnected highways in the southern part of the County. The area is served by a public transit system that consists of Sonoma County Transit Connecting to the Golden Gate Transit system that is regional, provides public transportation into the City of San Francisco from the cities along the US 101 Corridor. The Greyhound Bus Line and the Sonoma, Petaluma, and Napa County Airport serve the residents and Connect to San Francisco and Oakland Airports. Thought, here is not a connecting rail transportation link between them there are connector busses to either airport or to Amtrac at the transportation hub in the City of Martinez.

## County Employment

| | | |
|---|---|---|
| County of Sonoma | 4,900 | 100 lost jobs |
| State of California | 4,500 | Zero lost jobs |
| Santa Rosa Jr. College | 2,847 | 56 lost jobs |
| City of Santa Rosa | 2,800 | 100 lost jobs |
| Kaiser Permanente | 2,400 | 100 lost jobs |
| Sonoma State University | 2,075 | 703 lost jobs |
| St. Joseph Health Syst. | 1,781 | 385 lost jobs |
| U.S. Government | 1,600 | 100 lost jobs |
| Santa Rosa City Schools | 1,549 | 24 lost jobs |
| Medtronic Medical Devices | 1,200 | Zero lost jobs |
| Sutter Medical Center | 1,097 | 16 lost jobs |
| Safeway Food Stores | 1,082 | 533 lost jobs |
| Agilent Technologies | 1,050 | 350 lost jobs |
| Amy's Kitchen Food Mfg. | 1,000 | 50 lost jobs |

The technology-based industries have been one of the most important industries in the county. Employment in information technology, including computer programming and data processing, as well as the manufacture of electronics, telecom equipment and optical goods, had soared over the latter part of the decade, but has waned. According to the local chamber of commerce, approximately 5,500 jobs have been lost in the past 24 months throughout this sector. Equally important, however, is the balanced nature of the county's growth. In the past, the growth in the County's vineyard and wine production has done a great deal to offset unemployment. Still, the recession has not made the wine industry immune to the recession. A recent article in the Contra Costa Timed (3/16/2010) states that as many as 10 premium and super premium wineries "will change hands in distressed or foreclosure sales this year." Thus an industry that once was the mainstay in the area is suffering the same economic downturn as other market sectors.

The tourist sector which had played an increasingly important role in Sonoma County's economic profile continues to be a bright spot. Long famous for its spectacular Pacific coastline, scenic Russian River, forested hillsides, and Pacific Ocean coastline is now attracting over 5 million visitors annually into the county.

## Unemployment

Sonoma County's unemployment rate is as high as or similar to the region, state and nation. Historically the county's unemployment rate averaged around 4.0%, but it increased substantially in 2008 as the rate in the first quarter was 5.2% and by the year-end it had increased to 7.3%, and ranking fifth within the nine Bay Area counties. The county's unemployment rate continued to increase and is the last reported figure was 10.2% in October to 10.1% in November 2009. Given the state, local, and regional recessionary economy, we do not see a decline in the rate any time soon.

## Housing Trends

The median single-family home price in 2006 throughout Sonoma County had risen to $569,000. However, real estate prices experienced a county wide as well as a nationwide crash that impacted the county's overall median price that had fallen to $290,750 in 2009, a drop of 46.2%. Prices fluctuated throughout 2009 and by January 2010 it was up to $325,000

| All Homes | #Sold | # Sold | Pct. | Median | Median | Pct. |
|---|---|---|---|---|---|---|
| | Jan-06 | Jan-07 | Chg | Jan-06 | Jan-07 | Chg |
| Sonoma | 472 | 463 | -1.90% | $569,000 | $510,000 | -10.40% |
| | Jan-07 | Jan-08 | | Jan-07 | Jan-08 | . |
| Sonoma | 463 | 269 | 41.90% | $510,000 | $425,000 | -16.70% |
| | Jan-08 | Jan-09 | | Jan-08 | Jan-09 | |
| Sonoma | 269 | 424 | 57.60% | $425,000 | $299,750 | -29.50% |
| | Jan-09 | Jan-10 | | Jan-09 | Jan-10 | |
| Sonoma | 424 | 334 | -21.20% | $299,750 | $325,000 | 8.40% |
| | | | | Dec-05 | Jan-10 | |
| | | | Overall Change = | $569,000 | $325,000 | -42.90% |

*Source: DataQuick Information Systems, www.DQNews.com*

Comparing January' 2009 median sale price of $299,750 thru January 2010 $325,000 median price indicates a slight increased of 8.4% the first positive increase in 3 years. The slightly rising prices were fueled in part by declining mortgage rates, which still remain at near historic lows. The rapid growth in prices was coupled with declining sales activity, which showed over a 12-month period the number of transactions declined 21.2% from 424 to 334 homes. Since the height of the market in 2006 the Median Sale Price of a home in Sonoma County declined -42.9% during this 4-year period. The uncertainty in the Sonoma County Residential Market is the same as in the greater nine county Bay Area as buyers cannot afford to pay prices that reflect 2006 thru 2008 levels and are waiting until the economy stabilizes and employment figures show a trend of job hiring.

## Conclusion

The economic slowdown has reduced local employment, particularly in the manufacturing and construction sectors, which were the impetus behind the growth in the residential, office and industrial sectors since 2000. The unemployment rate in Sonoma County was 10.1% and reflects the current lay-offs at the largest employers in the county. The unemployment figure is an indication of the decrease in the number of employed residents, which is a bad sign for overall housing demand. While the number of jobs in the county has less impact upon housing, as many employed residents commute, the number of lost jobs clearly mirrors the rising unemployment figures and reflects an economy in recession.

# RESIDENTIAL MARKET OVERVIEW

The information contained in this section was taken from two main sources; The Gregory Group and Data Quick Information Services. We have changed, updated if we felt it was out of date.

## North Bay Residential Market Overview

For the year 2009 has seen an unprecedented dismantling of the home building industry in northern California. Companies have closed, industry veterans have been laid off in large numbers, buyers stayed away from new-home communities in droves and the economy continues to wallow in a "Great" Recession. We are certainly living in historic times with chaotic credit markets and turmoil in the banking industry coupled with fears of a complete financial meltdown. All sectors of the economy have withdrawn; retail sales continue to plummet, office, industrial and retail vacancy rates continue to increase, auto sales are so slow that two major auto manufactures are on the verge of bankruptcy. And to add insult to the injury, job losses (unemployment) and consumer confidence numbers continue to plummet to all time historic levels.

Continuing access to credit for land development, even for good credit quality buyers, is problematic—providing roadblocks to new home sales activity. It seems pretty clear that the current severe recession that we are in may have a longer lasting impact. It is possible that there is a fundamental shift in people's perspective in terms of money; a more conservative approach to saving for retirement and investing, less focus on upper end items for personal consumption, and a more realistic approach to the purchase of a new-home.

In terms of new-home activity, quarter sales numbers are at all time record lows as of recent historical times. It is worth remembering that while much of the economy is clearly in a recession during the last two years, the homebuilding industry has been dealing with a contraction since the late summer of 2006—going on four years. And while foreclosures remain a significant impairment to new-home sales on a local as well as national level, the government has finally turned their attention to the real estate market with the realization that the economy cannot heal without help with falling home prices—lead by increasing foreclosures that have put pressure on home values. Many economic pundits are saying that it may be 2015 before all the foreclosure activity is worked through the system on a national level.

New-home builders continue to struggle, and they continue to either go out of business or shut down projects and work with skeleton crews. This has resulted in a significant decrease in inventory levels of new home product throughout northern California. In fact, inventory levels are falling so fast, that if there is even a slight uptick in sales activity in the coming quarters, there could be an undersupply of product available for people to purchase. While foreclosed existing homes are still offering competition to new-home buyers, many have stated that the majority of foreclosed homes are in undesirable areas or multiple bids on homes have made the process longer (not to mention at a higher price than originally thought). There is some more recent evidence that those people that are willing to purchase a home, are looking again at new homes especially given the more competitive pricing position and given the chance for near immediate occupancy.

Our sources in the building industry and broker's familiar with the region-wide housing market have stated that the landscape for the home building industry will change in the coming years. Initially, homes will become smaller, more affordable, simpler, and situated on more standard sized lots. In the medium to longer-term, green technologies, transit orientated developments; higher density communities as well as vertical development will become much more common. Add to that, a significant change in demographics within the State of California and especially northern California, with the aging of the baby-boom generation, the coming of age of the next home buying generation and the dramatic shifts in ethnicity within the state itself and you have tremendous opportunities for long term housing growth. There really are very few other locations across the nation that affords the future home building opportunities that the State of California does.

## New-Home Sales

A total of 217 new homes were sold during the Fourth Quarter of 2009 for the Santa Rosa PMSA. Compared to a year ago, the number of sales declined -19.0%. However, the Fourth Quarter figures show an increase of +50.7% from the Third Quarter, 2009. However, the three previous three quarters show the number of transactions of new homes declined overall but the mostly in the first two quarters as was reported a -56.3% for the first quarter, -32.3% for the second, but an increase of +2.6% in the third. Still, it is a downward spiral and though the past quarter improved, the trend is that the number of homes sold is declining.

## New-Home Pricing

The Gregory Group reports in the Fourth Quarter of 2009 the average price of a new home in the Santa Rosa MPSA increased 12.8% to $693,223 when compared to this same time period last year. Pricing decreased -5.3% when compared to 3rd Qtr. 2009 average sales price of $732,015 but overall for the year the average price of a new home has increased. Since the 4th Qtr. of 2006 the average sale price declined a modest -3.07% from $715,910 to $693,223 in 4th Quarter 2009. It appears that new home prices have been relatively stable but there have been significant down and up swings as the average sale price declined to a low of $555,304 in the 2nd Qtr. of 2007 then prices increased back up to there current level.

## New-Home Inventory

According to the Gregory Group, at the end of the 4th Quarter 2009 there are 22 projects with 1,997 available homes indicating a 13-week inventory of residential units?  Twelve months prior, there were 29 projects with 2,562 units available indicating a 12-week inventory of units. Both the number of projects and the total available units have declined, it might indicate that the supply of housing has declined to a point where a new residential might be feasible, but it actually shows that the absorption rate has slowed. Still there are too many factors that impact a project's feasibility (design, planning approvals, and overall construction costs) but a reduction in standing inventory is a positive indication of demand for housing.

## Summary

There appears to be a recent positive trend in the residential market over the past two quarters. Though average sale prices over all have slightly declined since 2006 but there have been down and upswings that are indications of instability. The number of total sales has increased as standing inventory has declined 565 units from December 2008 to December 2009, even though the number of weeks of inventory has gone up from 12 weeks to 13 weeks. However, these current trends may indicate that the residential market has hit bottom and the market has stabilized. There are too many factors, employment, income, lending, and construction that are impacting the housing market. Overall, the residential market remains in a slump and until lending becomes consistent and employment stabilizes, developing a new project is a high risk endeavor as the financing is very difficult and the end prices of the units may be too low to support new construction.

## Land Market

The valuation of the subject property requires that three types of land sales be used because we have identified two zones of value for each appraisal premise. For the first premise, we have about 20 acres of land that could be developed with up to 11 units with the remaining land area as open space, wetlands, or creeks. Therefore, we will analyze land values of raw agriculture land with little or no development potential and land with the possibility of being subdivided or entitled. For the second Hypothetical Premise, we will apply the land values from sales of entitled land that has an approved tentative map.

From our interviews with brokers, land sales are slow, and critical to the price are the location of the utilities, road access, and if the site has had a septic system designed, and if it has passed a pre-percolation test. Water wells are also important and a site that has a well or has been pre-drilled for one increases the value of the site.

Developing a site is nearly 100% contingent on the County Permit and Resource Center approving the project and comments from brokers, buyers, and sellers, the approval process is long and arduous. According to those brokers we spoke to, the approval process takes a minimum of 24 months. Also, many brokers concur that the county has an unspoken no-growth policy that sets up a number of hurdles and roadblocks in the approval process, some of which are very expensive to complete. The planning process has a definite impact on the value of some sites that could support more than one or two units.

From our sales, we noted that marketing times for the unentitled and agricultural land sales are typically over 150 days and in some cases it took over three years. Entitled land varies as well but since the third quarter of 2008 when the bottom fell out of the residential market. There have been few if any entitled land sales, but most have taken place inside city limit lines.

## Sonoma County Land With Possible Subdivsion Potential

| No. | Location Address/APN | Usable Acreage | Sale Date | Sale Price | $/Lot | Well Septic | Potential No. of Lots |
|---|---|---|---|---|---|---|---|
| Subj. | NEC Stage Gluch & W. Watmaugh Roads Unincorp. Sonoma Cnty. 142-042-020, 021 | Apx. 20 acres are Usable | N/A | N/A | N/A | No No | 11 |
| 1 List | 120 Parkland Farms Blvd. City of Healdsburg, CA 091-040-111 | 11.68 | Listing | $1,950,000 Asking | $216,667 | City Water City Utilities | 9 |
| 2 List | 6063-65 Gilmore Avenue Unincorp. Cotati, CA 046-062-069, 079 | 25.82 | Listing | $1,000,000 Asking | $250,000 | No Prior Perc test Passed | 4 |
| 3 | 4549 Grange Road Unincorp. Santa Rosa, CA 049-091-023 | 39.70 | 10/20/2009 | $1,150,000 | $287,500 | No No | 4 |
| 4 | 7615 Tarwater Rd Unincorp. Santa Rosa, CA 028-170-051 | 44.50 | 9/25/2009 | $445,000 | $222,500 | Yes Septic | 2 |
| 5 | Lorraine Way Unincorp. Santa Rosa, CA 067-330-008 | 30.00 | 6/24/2009 Pending Date | $635,000 | $211,667 | Yes Perc Tested | 3 |

The Listing and Sale prices for land with the potential to be subdivided range from $211,667 to $287,500/lot. The two listings are interesting as Listing #1 is within the City limits of Healdsburg and Listing #2 is in the unincorporated area east of the City of Cotati. Sale 3 is in an area of custom estate homes and private vineyards while Sale 4 is in an area of high end homes and both comparables have lots that are close to 10-acres.

## Sonoma County Agriculture Land Sales

| No. | Location Address/APN | Size | GP Zoning | Sale Date | Sale Price | $/Acre | Well Septic | Potential Lots |
|---|---|---|---|---|---|---|---|---|
| Subj. | NEC Stage Gluch & W. Watmaugh Roads Unincorp. Sonoma Cnty. 142-042-020, 021 | 36.75-acres Open Space Land | RR 5 AR B6 5 | N/A | N/A | N/A | No No | 11 |
| 1 | 8000 Hall Road Unincorp. Santa Rosa, CA 130-200-065 | 14.86 | LEA 60 LEA B6 60 2 | 1/26/2010 | $220,000 | $14,805 | No No | 1 |
| 2 | 4163 Whistler Avenue Unincorp. Santa Rosa, CA 045-011-007 | 7.41 | RR RR B6 5 | 12/28/2009 | $175,000 | $23,617 | No No | 0 |
| 3 | 4949 Sunland Avenue Unincorp. Rohnert Park, CA 046-011-039 | 17.83 | DA 5 DA B6 10 J 2 | 11/24/2009 | $199,000 | $11,161 | No No | 3 Legal lots |
| 4 | 6150 Sonoma Mt. Rd Unincorp. Santa Rosa, CA 055-121-006 | 60.00 | RRD40 RRDWA B6 40/10 | 11/23/2009 | $900,000 | $15,000 | No No | 0 |

The four sales of Agricultural sold from $11,161/acre to $23,617/acre. These four sales differ substantially as Sale 3 sold with 3 legal lots but all three lots cannot support residential because a known wetland area impacts all three lots. Sale 1 might allow one home site, but it is in an area that is zoned for 60-acre minimum lot sizes and the county is not supportive of developing smaller sites. They may require the owner to purchase and assemble this sale with an adjacent property.

| No. | Location Address/APN | Size | Sale Date | Sale Price | Potential Lots | $/Lot | Entitlements | Average Lot Size - Acres |
|---|---|---|---|---|---|---|---|---|
| | **Sonoma County Entitled Land Sales** | | | | | | | |
| Subj. | NEC Stage Gluch & W. Watmaugh Roads Unincorp. Sonoma Cnty. 142-042-020, 021 | 20.00 Usable Acres | N/A | N/A | 11 | N/A | Unentitled | 1.81 Acres |
| 1 List | 923 Pepper Lane Unincorp. Santa Rosa 113-101-(001-009) | 24.62 | Listing / Broker's Opinion of Mkt Value | $3,140,000 / $2,500,000 to $2,000,000 | 9 | $348,889 / $250,000 (mid point) | Tentative Map | 2.74 Acres |
| 2 List | Vista Oaks Subdivision Cloverdale, CA 113-101-(001-009) | 42.62 | Listing | $2,500,000 | 19 | $131,579 | Tentative Map | 2.24 Acres |
| 3 List. | 6056 Linchau Road Unincorp. Penngrove, CA 136-251-001 | 4.16 | Listing | $895,000 | 6 | $215,144 | Tentative Map | 0.69 Acres |
| 4 | 633 West Dry Creek Rd. Unincorp. Santa Rosa, CA 089-150-017 | 73.49 | 11/6/2009 | $1,900,000 | 4 | $475,000 | Major Lot Subdivision Approved | 18.37 Acres |

The sale prices for land with an approved Tentative Map range from $131,579/unit to $475,000/unit. The entitled land data consists of three listings and one sale. The wide gap between the sales and listings is an indication of differences in location and type of home to be built on the site. Listing #1 the homes are to be built on sites that average 2.73-acres each. Listing #2 are for custom homes shows an average lot size of 2.24-acres but 14 of the 19 lots are around 1 acre in size. Listing #3 is more a production home site with custom homes on sites that are slightly larger that 2/3rds of an acre. Sale 4 is for custom estate homes on large sites that average 18.37-acres.

In summary, the current recession and the unstable residential market have impacted all types of land, mainly with extended marketing trends and the difficulty of finding financing for home building. Agricultural and open space parcels with little development potential have faired better in comparison to large tracts with subdivision potential and entitled land sales. At this point, residential development for anything other an owner user, is considered to have above average risk. Also, the approval process at the County Planning and Permit Center, for all types of residential projects is an arduous, time consuming and expensive process, and lending for new a residential projects is difficult as well. In some cases, entitled tentative mapped properties compete directly with sales of bulk finished lots that are ready for home construction have sold at prices nearly the same or slightly higher than tentative mapped properties. In conclusion, it is our opinion that the market for land with subdivision potential and those that are entitled with a tentative subdivision map is soft and is expected to be soft for the next 2 to 5-years. Until the economy starts coming out of the current recession and there are new job hiring's that stabilize wages, the current soft trend in the residential market is likely to continue.

# PROPERTY DESCRIPTION

## Site Description

The location of the subject property is in the northeast corner of West Watmaugh and Stage Gulch Roads (St. Hwy 116) in unincorporated Sonoma County, California. It consists of two contiguous Sonoma County Assessors Parcel Numbers; 142-042-024 and 021 and they total ±56.75-acres or ±2,472,030-sf.



## Legal Description

An older Preliminary Report dated, October 6, 2006, of the subject property was provided; therefore, the best way to identify the subject property is by the legal description in the Preliminary Report contained in the Addenda. We assume that the title is fully marketable.

We note that the 10/5/06 Preliminary Report includes an APN Plat Map that shows a State Board of Equalization Parcel (S.B.E. 2748-49-8) on what was then APN 142-042-020 (now 024). According to the State Board of Equalization this parcel was retained by T-Mobile Telecommunications services in 2001 but then was removed from the site in 2002. We also note that the most recent Plat Map, dated 5/8/09, does not show this S.B.E. Parcel on it.

## Easements and Encumbrances

The older 10/5/06 Preliminary Report indicates the following easements and encumbrances.

- Rights and easements for navigation and fishery which may exist over that portion of said land lying beneath the waters of Rogers Creek.
- Rights of the public and the County of Sonoma in and to any portion of land within Stage Gulch Road (St. Hwy 116)
- Easements in favor of Pacific Bell to construct, maintain, and remove communication facilities and incidental purposes.

In our opinion, these existing easements are likely to impact the subject property's development potential. The first easement controls the land around Rogers Creek. From our experience over the years that the State of California is very restrictive of the types of and the proximity of any future or proposed development located near an active creek. Note that there is not an easement for Champlin Creek, located along the Stage Gulch Road frontage, it is likely that the land use around this creek could be restricted as well.

The second is the 0.428-acre area of the subject that encroaches into Stage Gulch Road which we confirmed is likely to be a future dedication. Thus, the subject property's size is reduced to 56.75-acres.

Thirdly, the Pacific Bell easement has since been removed thus a new Preliminary report may not show this easement in the future.

Though we have briefly discussed the potential impact of the easements on the subject property it has been made clear at the County Planning Department that only after a proposed development is submitted to the county for approval will the overall impacts of these three easements be known.

### Regional and Local Access

Regional access is gained by traveling about 15 miles west on State Highway 116 (that borders the subject's southern property line) into the City of Petaluma and connecting with U.S. 101. Local streets that serve the subject are State Highway 116, West Watmaugh Road, and Arnold Drive that are about 275 linear feet east from the subject.

### Off-Site Improvements and Utilities

The road frontages are unimproved edges of graded, graveled, and asphalt paved roads. (See Photographs)  Ditches provide drainage and overhead power lines bring power to the site. No other utilities are available.

### Conclusion

Though the site has three wells, they are contaminated, (According to the prior Engineers) not from chemicals in the soil, but from age and depreciation that lets ground and rain water flow into the wells. Also, the property does not have a working septic system either. The sites topography is gently sloping to level and the only available utilities that serve the property are electricity and telephone located along the street frontages. Well water and septic sewer need to be dug, designed, and engineered. If and when the subject property develops, a dedication from the Stage Gulch Road (Hwy 116) frontage is also likely to be required.

## *Potential Street Widening Dedication and Net Land Area*

### Plat Map – APN's 142-042-024 and 021



There is a portion of APN 142-042-024 (shown on the Plat Map above) that extends into Stage Gulch Road (St. Hwy 116). As stated before, this area is likely to be a future dedication to the county if and when the property is developed. This fact was confirmed by Ms. Peter, AICP Planner III, at the County. Therefore, we will deduct the future dedication area from the gross area of the site. (We also did the same with all of our comparable sales) The subject's gross land area is 57.18-acres, and we took our measurements from the new Assessors Parcel Map dated 5/2009.

Future Dedication Area:    23.13-ft. x 806.67-ft. = 18,658-s.f. or 0.428-acres.
Net Area:    57.18 gross acres - 0.428-acre dedication = ±56.75-acres

As a result, this appraisal will use the net area of ±56.75-acres in our valuation analysis.

### *Configuration, Topography, and Site Constraints*

The subject property is mostly rectangular in shape, and gently sloping from the northwest corner of the property to the southeast corner. It has been utilized in the past for grazing land and as the Los Arroyos nine-hole golf course.

The subject property has several site constraints namely three creeks, wetland areas, and a high water table that impact the site's development potential. This information is on file with the Sonoma County Planning Department and with the engineering firm of Riechers Spence.

Smith & Associates, Inc.
Page 2

## CREEKS AND WETLAND EXHIBIT



The above exhibit shows the location of the wetlands (green), creeks in blue, and there set backs in dotted or dashed lines. It is clear from this map that the APN 142-042-024 has several areas of wetlands and creeks while APN 142-042-021 only is impacted by creeks located at the along its eastern boundary and at the southeast corner of the site.

Ms. Denise Peter, AICP, Planner III, at Sonoma County, confirmed that the site's ground water table is about 3-5 feet from the surface during the dry months, but rises substantially during the winter months. When we inspected the site, the ground was very saturated, the creeks were running, and many areas had standing water.

In conclusion, it is our opinion, these three site constraints, wetlands, creeks, and high water table, are likely to impact any development planned for the property.

### _Site Hazards_

According to Community Panel Number 06097C0938E of the U.S. Department of Housing and Urban Development for the National Flood Insurance Program, dated 12/2/2008 the site is subject to flooding around the creek areas and the County has identified two wetland areas shown on the previous map. All other areas are located in Flood Zone "X", areas of minimal flooding, and flood insurance is not required. (See FEMA Flood Map below with the subject property outlined in yellow.)

## FEMA FLOOD MAP
### 0697 C0938 E  Dated 12/2/2008



The subject property is not located in an Alquist Priolo Special Study Earthquake Zone, and we were not provided with a Phase 1 or 2 Soil Report or an Environmental Site Assessment. Therefore, we assume that the subject property is free and clean of contaminants and hazardous materials. Lastly, the subject property is not in an agricultural preserve or under a Williamson Act contract.

### *Conclusion*

The subject property is located in unincorporated Sonoma County, just 1 mile southwest of the City of Sonoma. It is a rectangular site measuring ±56.75-acres that is gently sloping from the northwest corner of the property to the southeast corner. It has three creeks and two identified wetland areas that are likely to impact any proposed future development project on the site. It has above average local access and is about 20 minutes west of the City of Petaluma and US 101. Currently, the subject is being utilized as the Los Arroyos nine-hole Golf Course and possibly for livestock grazing. In our opinion, the subject's configuration and lack of encumbrances make it well suited for many types of development. However, the three creeks, wetland areas, and high water table are site constraints that severely limit development.

### *Improvement Description*

APN 142-042-024   5750 Stage Gulch Road, Sonoma County, CA

This property was improved with a nine-hole golf course, a wood framed and sided club house, and wood frame and metal roofed maintenance shed. There are three wells that are contaminated, and very likely an old septic system, though we did not observe it. In addition, there is a graded and paved asphalt parking lot in front of the Club House. From our observations, all the improvements, including the golf course are showing signs of significant deferred maintenance and are at the end of their economic life. The club house was locked and the facilities were not open for play. However, in the late spring or summer they may be open, but we are unaware of it.

*We have specifically been asked to disregard the golf course and appraise the underlying land only.*

APN 142-042-021   5750 Stage Gulch Road, Sonoma County, CA

There are no improvements on this property.

## GENERAL PLAN AND ZONING

The subject property's land use is under the jurisdiction of the County of Sonoma. We met with Ms. Diane Peter, an AICP Planner III with Sonoma County, to discuss the land use of the subject property as well as its development potential. According to her, the subjects Land Use is divided into three areas that are described as follows. They can also be reviewed at www.sonoma-county.org/pmrd.   Note: these are long and complicated land use designations that blend in with one another. Thus the best way to understand the development potential of the site is to visit and meet with a planner.

Note: All of the General Plan and Zoning designations are explained in the above email address and further descriptions are contained in the Addenda.   We have summarized them in the paragraphs below.

### *APN 142-042-024*

**General Plan:**  RVSC RR5; Recreational and Visitor Service Commercial, Rural Residential 5-acre minimum lot size. This parcel is also under the Land Use Policy LU-20q that will also be explained.

**Zoning:**  AR B6 5, K, BR, F1, F2, SR; Agricultural and Residential District (AR), plus it is within a Combining District (B6), 5 acre minimum lot size (5), the (K) is for Recreation and Visitor, Biotic Reserve (BR), (F1) is Floodway Combining District and (F2) is Floodplain Combining District, and lastly (SR) is Scenic Resources.

Most of the land use acronyms reflect natural occurrences and that will be considered in the approval process. For example the Floodway and Floodplain areas and Scenic Resources are natural elements on the subject property. However, the most significant acronym is the RR5 and the AR B6 5 which allows for rural residential and agriculture uses with five-acre minimum lot sizes with no lots under 5-acres. The LU-20q land use is explained in the following insert.

> **Policy LU-20q:** *If golf course uses are abandoned, no more than 15 residential units may be placed on the combined acreage represented by APNs 142-042-03, -16 and -20. The owner of these parcels may continue to utilize the existing 9-hole golf course on the properties and may expand the golf course to 18 holes. In such event, the maximum residential density shall not exceed one dwelling unit per 5 acres on that portion of the property not utilized for golf course purposes.*

Because we are concerned with only Parcel 024 we confirmed in person and by an email to Ms. Peter that Parcel 024 can support up to 9.514 dwelling units. Because the dedication comes off of APN 142-042-024 only (See the new APN Map in the Addenda), then net usable area of Parcel 024 is 47.57-acres. The calculations are as follows.

$$APN\ 142\text{-}042\text{-}024 = 48.0\text{-acres} - 0.428\text{-acres} = 47.57$$

$$47.57\text{-acres} \div 5\text{-acre minimum lot size} = 9.514\ units$$

**Note:** We are being conservative by not counting the potential dedication area but the county confirmed a fraction of a unit does not increase the number of units. For example if a property's gross area or the combination of two assessors parcels equal 11.65 units this equates to 11 allowable units not 12 according to Ms. Peter. Also she confirmed that the county encourages clustering of units so that the 11 units could be clustered in one area over the entire property.

### *APN 142-042-021*

**General Plan:** RR5; Rural Residential 5-acre minimum lot size. This parcel is also under the Land Use Policy LU-20x.

**Zoning:** AR B6 5, F1, SR, VOH; Agricultural and Residential District (AR), plus it is within a Combining District (B6), 5 acre minimum lot size (5), (F1) is Floodway Combining District, (SR) is Scenic Resources, and (VOH) is for Valley Oak Habitat.

Same acronym descriptions apply for Parcel 021 as for the Parcel 024. However, the County provided a Staff Comment on the future development potential of the subject property in the following two paragraphs. The full text is in the Addenda.

> **Policy LU-20x:** *APN 142-042-021 is designated 5 acre density on the Land Use Map. A 2 lot division of the property may be found consistent with this plan even though a portion of the property may be acquired through condemnation to accommodate additional right-of-way along Stage Gulch Road.*
>
> *(Staff Comment: Policy LU-20q allows a total of 15 residential units (77 acres/5 acres per unit = 15 units) on the combined acreage of APNs 142-042-003, 016, & 020 (77 acres total). Note that the project site contains only 1 of the 3 parcels subject to LU-20q, APN 142-042-020 which is 48.51 acres and therefore would be allowed the equivalent of 9 dwelling units to replace the golf course. Another 2 dwelling units would be allowed under LU-20x on the 9.18 acre APN 142-042-021. In total, the existing Planning Area Policies referenced above would allow 11 dwelling units for an average density of 5 acres per unit.)*

We confirmed in person and by an email to Ms. Peter that Parcel 021 can support up to 1.836 dwelling units that will be added to the potential number of units on Parcel 024.

$$9.18\text{-acres} \div 5\text{-acre minimum lot size} = 1.836 \text{ units}$$

From our calculations the subject property can support 11 units as shown below and conforms to the total that the County Planner stated that the property might support. Ms. Peter also confirmed that the units could be clustered on that portion of the property that could support them.

| Parcel 024 | = | 9.514 units |
|---|---|---|
| Parcel 021 | = | 1.836 units |
| | | 11 units (rounded) |

Conclusion: The two parcels allow for the same type of residential density of one unit per 5 acres. The General Plan and Land use designations for each of the Parcels that make up the subject are legally conforming.

## TAXES AND ASSESSMENTS

Current tax information for the 2009 – 2010 tax year is shown below.

| TAX AND ASSESSMENT INFORMATION | | |
|---|---|---|
| **Sonoma County - Year 2009-2010** | | |
| **Assessor's Parcel Number:** | | 142-042-020 |
| **Assessed Values:** | | |
| | Land | $3,922,308 |
| | Improvements | $83,232 |
| | Total | $4,005,540 |
| Real Estate Taxes including Special Assessments | | $44,117.38 |
| Tax Rate: | | 1.10141% |
| **Sonoma County - Year 2009-2010** | | |
| **Assessor's Parcel Number:** | | 142-042-021 |
| **Assessed Values:** | | |
| | Land | $676,260 |
| | Improvements | $0 |
| | Total | $676,260 |
| Real Estate Taxes including Special Assessments | | $7,600.14 |
| Tax Rate: | | 1.12385% |

Taxes were current as of the date-of-value, February 12, 2010 and under Proposition 13, the property will be reassessed to current value, if it was sold, and the taxes would be adjusted accordingly.

## HIGHEST AND BEST USE

The Highest and Best Use of a property is defined as:

> "The reasonably probable and legal use of vacant land or an improved property which is physically possible, appropriately supported, financially feasible, and that results in the highest value."[7]

The four factors considered in evaluating the Highest and Best Use are;

> 1) Physically possible, 2) Legally Permissible, 3) Financially Feasible, and
> 4) Maximally productive.

The Market Value of a property can vary greatly with different conclusions of highest and best use. The following factors have been considered in analyzing the subject property's highest and best use:

> *Physical characteristics, location, neighborhood and area trends, 2) current zoning and general plan designations, 3) supply and demand characteristics, and 4) financial feasibility analysis of the maximally productive use.*

The Highest and Best Use analysis is completed in two sections. First the analysis looks at the Highest and Best Use "As Vacant", that is, the use the land could be put to if the site were vacant. Secondly, Highest and Best Use "analysis considers the subject's Highest and Best Use "As Improved".

### *Highest and Best Use "As If" Vacant*

#### *Physical Characteristics:*

The subject property has good access, size and configuration but wetland areas, creeks, and its high water table impact all but ±20.0-acres. All of these site constraints will impact a future project but fortunately the 11 potential units can be clustered together on about 20-acres located towards the west side of the property and along the West Watmaugh Road frontage.

Extending and constructing the necessary utilities will have to be designed as the site is only served by electricity and telephone. Extending and undergrounding of gas may be costly but it is located in the Chanterelle Subdivision and the Mobil Home Part (West Watmaugh and Bear Flagg Roads) about ½ mile from the subject, and electrical and telephone are at the site. New wells can be dug, maintained, and monitored but the most difficult site constraint to mitigate is the high water table and the three creeks that flow across portions of the southern, eastern, and middle of the subject property.

---

[7] The Dictionary of Real Estate Appraisal, Fourth Edition, 2002, Page 135.

The high water table is likely to increase the overall risk and cost in developing this property. From our interviews with the County and the Engineering firm on the prior project, a typical leach line sewer system is not allowed because of the high water table. From our research, an above ground, self-contained and sustaining septic system needs to be designed, then engineered and approved by the county. According to the engineering firms we spoke with this type of septic system is expensive to design, engineer, and implement but it can be done.

In conclusion, the physical features of wetlands, creeks, as well as the high water table and costly septic system together impact the site's development potential. Still, it is our opinion that these features can be incorporated into a future residential project.

### _Legally Permissible:_

As described in the General Plan and Zoning Section, the subject can support up to 11 residential dwelling units on the property. This is the current legally permissible use of the property.

### _Financially Feasible and Maximally Productive Use:_

From the Market Overview Section, the land market for properties that could be subdivided is soft with an ample amount of listings of all types of acreage in many areas of the County. Marketing times have been extended and prices are soft. A developer/investor is the most likely buyer of the subject property, and we spoke with several. The consensus is that the site is very difficult to develop given the site constraints and the high costs of the infrastructure required. In the past few months the residential market appears to be stabilizing but a few months does not make a trend. Lenders are still skeptical and not likely to take on the high risk of a new subdivision when there is standing inventory of 13 weeks. Because the subject property poses so many different physical site constraints to mitigate, a new project on the site is likely to cost more compared to the comparables, thus posing more risk that the end price might be too high for the market today. Without development actual costs for an 11 unit project, development on the subject property is too speculative to opine. Even though in recent months it appears that finished home prices may have stabilized or have slightly increased, the recessionary state of local, state and national economies could quickly change the residential market and home prices could easily decline again. Given all the market uncertainties and the lack of development costs, it is our opinion, the subject site should remain vacant until the residential market stabilizes over a longer period of time and projected home prices are at higher levels.

Conclusion: In our opinion, the Highest and Best Use "As Vacant" of the subject property is for it to remain vacant until the residential market and overall economy improve. We estimate the time frame for stabilization between 3 to 5 years from the date of value.

### _Highest and Best Use "As Improved"_

We have specifically been asked to disregard the golf course and appraise the underlying land only. Therefore, the highest and best use "As Improved" is the same "As If Vacant"; for the site to remain vacant until the residential market and overall economy improves.

# SECTION III –
# VALUATION AND RECONCILIATION

## APPRAISAL METHODOLOGY FOR PREMISE #1 – "AS IS" MARKET VALUE

The most common way of estimating land value is by applying the Sales Comparison Approach. This approach collects and analyzes recent sales or offerings of different types of land with characteristics to the subject property. Typically, the values indicated by the comparable transactions are reduced to a unit of comparison that is appropriate and can be applied to the subject under the two valuation premises.

The valuation analysis, under Premise #1, divides the subject property into <u>zones of value</u>. We have divided the subject into two areas because the site constraints on the property make a majority of the property unbuildable. However, we have determined that there could be ±20-acres of usable area along the subject's western property line and this is where the 11 potential units could be clustered in one or two areas while leaving the remaining acreage open. Our valuation under Premise #1, the "As Is" Market Value, we have determined that land sales with future residential development potential will be applied to the ±20-acres of developable area, with the remaining ±36.75-acres compared to sales of agricultural land with limited utility. In most cases, the unit of comparison for unentitled residential land is the price per potential unit and for agricultural land it's the price per acre.

All the sales used will be displayed on a **Comparable Land Sales Summary Table** with additional details and comments contained in the paragraphs that follow the table. A **Land Sales Adjustment Table** followed by a discussion on the adjustments to the unit of comparison. We have also included a **Land Sales Location Map** for each set of comparables.

Adjustments to the comparable sales herein have been addressed in the narrative report and shown on an adjustment grid. Many times quantifiable adjustments are somewhat difficult to make do to the market's imperfect reaction to different elements of comparison. Comparing the subject property to the comparable sales and discussing the positive and negative attributes of each allows the readers or users of this report an easy way to follow the adjustment process.

The Adjustment Grid conveys the result as a relationship of adjusting the comparable sales to the subject property, either as similar (no adjustment needed), an upward adjustment (the characteristic of the comparable is inferior compared to the subject), or as a downward adjustment (the comparable is superior when compared to the subject property).

### Market Data – Land with Subdivision Potential

The following Summary Chart shows five comparables that have subdivision potential. Two of the comparables are listings, one is pending, and two are sales. The two listings and three sales contracted from June 2009 to October 2009 and range from $211,667/lot to $287,500/lot.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Sonoma County Land With Possible Subdivsion Potential** | | | | | | | |
| No. | Location Address/APN | Usable Acreage | Sale Date | Sale Price | $/Lot | Well Septic | # of Lots Lot Size |
| Subj. | NEC Stage Gluch & W. Watmaugh Roads Unincorp. Sonoma Cnty. 142-042-020, 021 | Apx. 20 acres are Usable | N/A | N/A | N/A | No No | 11 1.81-ac. Size |
| 1 List | 120 Parkland Farms Blvd. City of Healdsburg, CA 091-040-111 | 11.68 | Listing | $1,950,000 Asking | $216,667 | City Water City Utilities | 9 1.3-ac. Lot Size |
| 2 List | 6063-65 Gilmore Avenue Unincorp. Cotati, CA 046-062-069, 079 | 25.82 | Listing | $1,000,000 Asking | $250,000 | No Prior Perc test Passed | 4 6.46-ac. Lot Size |
| 3 | 4549 Grange Road Unincorp. Santa Rosa, CA 049-091-023 | 39.70 | 10/20/2009 | $1,150,000 | $287,500 | No No | 4 9.92-ac. Lot Size |
| 4 | 7615 Tarwater Rd Unincorp. Santa Rosa, CA 028-170-051 | 44.50 | 9/25/2009 | $445,000 | $222,500 | Yes Septic | 2 22.25-ac. Lot Size |
| 5 | Lorraine Way Unincorp. Santa Rosa, CA 067-330-008 | 30.00 | 6/24/2009 Pending Date | $635,000 | $211,667 | Yes Perc Tested | 3 10.0-ac. Lot Size |

## LAND SALES LOCATION MAP



Copyright © 2003 Microsoft Corp. and/or its suppliers. All rights reserved.

**Listing #1** is located at 120 Parkland Farms Road and consists of 11.68 acres. The site has several site constraints, namely a ravine, poor street access, steep slopes, and a rock outcropping. The property lies within the City Limits of Healdsburg and is zoned for 1 lot per 40,000-s.f. We confirmed the zoning with the planner at the city, and she confirmed that the various site constraints will reduce the potential number of units from 12 to 9 units with 1 of those units set aside for affordable housing. Using 9 units the average lot size is 1.3-acres. According to the broker, the site has public utility access, which is superior to septic and well water. It has been on the market for 134 days and is listed for $1,950,000 or $216,667/lot.

**Listing #1**



**Listing #2** is located at 6063-65 Gilmore Avenue outside the City of Cotati and consists of 25.82-acres. These two parcels are the result of a lot split. They are level and at grade with the surrounding properties and has good frontage. According to the County, they are zoned AR 5, 5 acre minimum lot sizes and could support 4 dwelling units with the average lot size being 6.46-acres. The property has had a pre-perc test in the past for a septic sewer system, and it passed but there are no wells on the site. According to the broker, the land has been in his family for a very long time and would take a bonafide offer lower than the asking price as they are motivated to sell. The list price is $1,000,000 or $250,000/lot and has been actively listed for over 90 days.

**Listing #2**



**Sale #3** is located at 4549 Grange Road in unincorporated Santa Rosa. This property has rolling topography and as dry creek drainages and ravines. It is surrounded by a scenic corridor and has views of a greenbelt. Surrounding uses include custom homes and vineyards, very superior to the subject property, and it has good street access along Grange Road. According to the planning department, the zoning will allow 4 units on this site at an average lot size of 9.92-acres. The broker confirmed that the buyer has received a "verbal ok" from the county that subdividing the site into four lots would likely be approved. It sold without pre-perc tests or wells in October 2009 after being marketed for 185 days for $1,175,000 or $287,500/lot. Note the seller financed the transaction for interest only at 6% for the first 2 years then at 7% for the remaining 3 years (5 years total). The broker stated that there were numerous buyers because of the seller financing but the price was not impacted and it did promote the close of the sale.

**Sale #3**



**Sale #4** is a 44.5-acre site located at 7615 Tarwater Road in unincorporated Sonoma County. This property has creeks, redwoods and is secluded from the surrounding properties. It has two access points, Tarwater and St. Helena Road but these are country roads in similar condition as W. Watmaugh Road (See photographs in the front of the report) A new well had been dug and the site had a pre-perc test that passed. According to the county, the zoning allows the site to be subdivided into two lots of 22.25-acres each. It sold in September 2009 for $445,000 or $222,500/lot. The seller financed the sale with a 5 year loan, principle and interest at 5% with a 30% down payment. The broker considered this market financing, and it did not impact the sale price.

**Sale #4**



**Pending Sale #5** is a 30.0-acre site located along Lorraine Road east of the Cities of Winsor and Santa Rosa that contracted to sell in June 2009. The seller was highly motivated and accepted a long closing period to make the deal. The site is in a developing neighborhood of custom homes with lots selling from $305,000 to $995,000 depending on size. Lorraine Road is adjacent to a country estate subdivision so the access road is in good condition. Topographic features on the site include panoramic views, canyons, forests, and a creek. Zoning allows for 6 units but the broker, Joe Rosa, said the topography is such that only 3 are feasible. Average lot size of each lot is estimated at 10-acres. According to the broker there had been 3 wells done, and 3 pre-perc tests for sewer completed. The property is expected to close escrow in March 2010 for $635,000 or $211,667/lot, all cash.

**Pending Sale #5**



## Analysis and Conclusion

*While we have attempted to adjust the sales to the subject property for the differences identified in the adjustment grid, it must be remembered that the adjustment process is not an exact science. It reflects the appraiser's judgment regarding these differences and their magnitude relative to the overall sale price. The various adjustments to the comparable sales are shown on the table that follows.*

| ADJUSTMENT GRID - POTENTIAL SUBDIVISON LAND | | | | | |
|---|---|---|---|---|---|
| ELEMENT OF COMPARISON | List 1 | List 2 | SALE 3 | SALE 4 | PEND 5 |
| BASE PRICE PER LOT | $216,667 | $250,000 | $287,500 | $222,500 | $211,667 |
| PROPERTY RIGHTS CONVEYED | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| ADJ. PRICE | $216,667 | $250,000 | $287,500 | $222,500 | $211,667 |
| FINANCING TERMS | 0.0% | 0.0% | -5.0% | -5.0% | 0.0% |
| ADJ. PRICE | $216,667 | $250,000 | $273,125 | $211,375 | $211,667 |
| CONDITIONS OF SALE | -2.5% | -2.5% | 0.0% | 0.0% | 0.0% |
| ADJ. PRICE | $211,250 | $243,750 | $273,125 | $211,375 | $211,667 |
| MARKET CONDITIONS | 0.0% | 0.0% | 2.5% | 2.5% | 2.5% |
| ADJ. PRICE | $211,250 | $243,750 | $279,953 | $216,659 | $216,958 |
| PHYSICAL CHARACTERISTICS | | | | | |
| LOCATION | 0.0% | 0.0% | -15.0% | -15.0% | 0.0% |
| SIZE | -2.5% | 2.5% | 5.0% | 7.5% | 5.0% |
| SITE CONSTRAINTS | 5.0% | -5.0% | -5.0% | -5.0% | -5.0% |
| POTENTIAL LOT SIZE | 2.5% | -5.0% | -10.0% | -15.0% | -10.0% |
| PRE PERC TEST/WELLS | -2.5% | -2.5% | 0.0% | -5.0% | -5.0% |
| TOTAL ADJUSTMENT | 2.5% | -10.0% | -25.0% | -32.5% | -15.0% |
| INDICATED PRICE PER SF LAND | $216,531 | $219,375 | $209,965 | $146,245 | $184,415 |

After adjusting the comparables sales for location, subdivision potential, access and size, the adjusted range is from $146,245 to $216,375/lot with the average price at $195,306/lot and the median sale price at $209,965/lot.

**NOTE: This adjustment grid is for the 20-acres of usable area that could support residential development.**

**Property Rights, Financing, and Condition Sale Adjustment:** All of the comparables sold the Fee Simple Estate and were not adjusted.

Sale 3 and 4 warranted downward adjustment for seller financing. Though the seller financing did not impact the final sale price, finding financing today is very difficult for new custom home developments or any residential development. By accepting the credit of a buyer and using market terms, the seller is able to complete the transaction and that is why we are adjusting these two sales downward. Otherwise, it could have taken longer or not closed at all. We note that seller financing is becoming more prevalent in the residential market sector.

The Listings 1 and 2 are adjusted downward for Conditions of Sale as the list prices are negotiated downward.

**Time Adjustment:** From our market research, home prices in the residential market through out Sonoma County has slightly increased over the past 3 months and about 8.4% over the past 12 months. End housing prices have a direct impact on land values as developers look as land as one of their construction cost items. If home prices rise they can pay more for the land and if they decline they pay less. Therefore, we adjusted Sales 3, 4, and 5 slightly upward. The list prices shown are current.

*Location:* Listings 1, 2, and Pending Sale 5 are in similar areas and did not warrant an adjustment. Sales 3 and 4 are in estate lot areas and required a downward adjustment for superior location

**Size:** if the comparable sale property is smaller it was adjusted downward and if it is larger the sale price was adjusted upward. The rational is that larger size properties have fewer buyers available to purchase the site compared to smaller properties. Listing 1 is smaller and was adjusted downward while Listing 2, Sales 3 and 4, and Pending Sale 5 are all larger and were adjusted upward.

**Site Constraint Adjustment:** The 20-acre usable portion has site constraints of two creeks and high water table and when compared to the five comparable sales adjustments need to be made. Listing 1 has a narrow configuration and a ravine making development more costly and difficult compared to the subject and was adjusted upward. Listing 2, Sales 3 and 4, and Pending Sale 5 all were adjusted downward for the lack of site constraints that significantly impact the development (wetlands, creeks, and high water table).

**Potential Lot Size Adjustment:** The market recognizes that the larger the lot the more a buyer will pay. For this adjustment the potential lot sizes are used as the buyer of these properties has the ability to subdivide according to the zoning. The final lot sizes of Listing 1 will be slightly smaller thus warranting an upward adjustment. All the remaining Sales will lots that are much larger than the subject and require various downward adjustments to reflect their different sizes.

**Pre-Perc Test and Wells:** Sites with these two items are superior to the subject property that requires a new well to be dug and a septic system to be designed and engineered. Only Sale 3 sold without these two tests and was not adjusted. All the remaining comparables were adjusted downward.

## Valuation Conclusion - 20-acre Usable Area that will Support Residential Development

The subject's 20-acres can support residential development but the physical features on the property make development more costly than four of the five comparables. We were not provided development costs but the two most critical items are drilling wells and designing, engineering, and building the appropriate a septic system. We did adjust for these but from conversations with brokers, buyers, and septic system installers indicates that there is a big difference between a leach line percolation system and a self-contained and sustainable septic system that is required for the subject. Our adjustments reflect the cost difference from perc testing to nothing, which is what the subject property has. The same is with wells, the subject requires wells to be drilled and some of the comparable have new wells, and others do not.

Lastly, the planning process for a subdivision on the subject property is a long and expensive process. We spoke with a planner and she stated 11 lots are the maximum and nine lots are plausable on the subject property. In our opinion, and given all the previous facts about the subject property, a concluded price per lot for the subject property is towards the low end of the adjusted range at **$175,000/lot**. Therefore, it is our opinion the indicated "As Is" Market Value of the ±20.0-acres with the potential for 11 residential lots is **$1,925,000** as shown below;

11 potential lots     X     $175,000/lot  =  **$1,925,000**

## Per Acre Analysis

Another way value of the subject property's 20-acres of residential development land is to apply the Sales Comparison Approach but use the price per acre. This is because the exact number of units the 20-acres can support has not been determined and some buyers use the price per acre to determine the price they would pay for residential land. For this analysis we have arrayed our comparable data by the average lot size in a chart below.

| | Unentitled, Unadjusted Sales | | | | | |
|---|---|---|---|---|---|---|
| No. | Sale Date | Sale Price | Potential Lots | Size | Ave. Lot Size in Acres | $/Acre |
| 4 | 9/25/2009 | $445,000 | 2 | 44.50 | 22.25 | **$10,000** |
| 5 | 6/24/2009 | $635,000 | 3 | 30.00 | 10.00 | **$21,167** |
| 3 | 10/20/2009 | $1,150,000 | 4 | 39.70 | 9.93 | **$28,967** |
| 2 | Listing | $1,000,000 | 4 | 25.82 | 6.46 | **$38,730** |
| Subj. | N/A | N/A | 11 | 20.00 | 1.82 | N/A |
| 1 | Listing | $1,950,000 | 9 | 11.68 | 1.30 | **$166,952** |
| | | | | | Average = | **$53,163** |

Typically the larger the lot the lower the price per acre and this chart clearly indicates this as there is a smooth transition of prices per acre from the largest average lot to the smallest. The subject property should lie between Listing #1 and #2. Converting the Market Value conclusion of $1,925,000 to a price per acre indicates the a price per acre of $96,250. Placing this value in the chart is reasonable because Listing #1 is located within the City of Healdsburg, a superior location, and this comparable is also served by municipal utilities, again superior to the septic and well water that serves the subject. Thus, the subject property should be at a lower price per acre. Looking at Listing #2 the subjects indicated sale price should be higher because we can support more lots and a buyer is likely to pay more for that opportunity. In our opinion, the concluded value of $175,000/lot and $96,250/acre appears reasonable.

## Market Data – Land with No Subdivision Potential - Agricultural Land

The remaining area on the subject property measures ±36.75-acres and consists mostly of creeks, wetlands, and agricultural areas, and it has very little utility or development potential. Some might say that the site could be used for mitigation land and that may be true, but where there is little new residential construction on sites that might require mitigation, then there is little demand for mitigation land. Anyway, some of the sales that are shown on the chart below include land that could be used for mitigation purposes but all can be used for agricultural purposes.