ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
LEWIS R. WARREN, State Bar 115411
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050
Facsimile: (707) 542-2589

Attorneys for Creditor/Moving Party,
Geneva Leasing Associates, Inc.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
(SANTA ROSA)

| | |
|---|---|
| In Re<br><br>SONOMA VINEYARD ESTATES, LLC<br><br>Debtor. | Case No. 10-13447<br>Chapter 11<br><br>**Date: January 13, 2011**<br>**Time: 9:00 a.m.**<br>**Location: 99 South E St., Santa Rosa, CA** |

**ORDER GRANTING GENEVA LEASING ASSOCIATES'
MOTION FOR RELIEF FROM STAY**

Upon the Motion for Relief from Stay filed by Geneva Leasing Associates, Inc., no opposition having been made thereto, the matter having come on regularly for hearing before the undersigned United States Bankruptcy Judge on January 13, 2011, the appearances having been duly noted on the record, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted. The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated to allow Geneva Leasing Associates, Inc. to resume the previously scheduled foreclosure sale with respect to the real property located at 4800 & 5750 Stage Gulch Road, Sonoma, CA, in accordance with the terms of the Deed of Trust dated December 21, 2006, and state law.

Dated: January 14, 2011

Alan Jaroslovsky
U.S. Bankruptcy Judge