1    DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
     PATRICIA A. CUTLER, Trial Attorney (#50352)
2    U.S. Department of Justice
     Office of the United States Trustee
3    235 Pine Street, Suite 700
     San Francisco, CA 94104-3484
4    Telephone: (415) 705-3333
     Facsimile: (415) 705-3379
5
     Attorneys for Acting United States Trustee
6     AUGUST B. LANDIS

7

8                  **UNITED STATES BANKRUPTCY COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10   In re                              )   No. 10-13447 AJ
                                        )
11                                      )   Chapter 11
                                        )
12   SONOMA VINEYARD ESTATES, LLC.,     )   Date:   August 26, 2011
                                        )   Time:   9:00 A.M.
13                          Debtor.     )   Ctrm:   Hon. Alan Jaroslovsky
                                        )           99 South "E" Street
14   _____ )           Santa Rosa, CA

15               **UNITED STATES TRUSTEE'S MOTION TO**
             **DISMISS OR CONVERT CASE UNDER 11 U.S.C. § 1112(b)**

16
17          August B. Landis, Acting United States Trustee for Region 17, by and through his undersigned

     counsel, respectfully moves the Court for an order dismissing the above-captioned case or if the Court
18
19   deems appropriate converting it to chapter 7 for cause under 11 U.S.C. § 1112(b), on the following

20   grounds:

21   ●      Debtor has failed to timely satisfy reporting requirements, without excuse, which constitutes
            cause to convert or dismiss under 11 U.S.C. § 1112(b)(4) (F); and

22   ●      The Debtor has also failed to pay fees or charges required under chapter 123 of title 28, which
            constitutes cause to convert or dismiss under 11 U.S.C. § 1112(b)(4)(K).
23
24          This Court has jurisdiction over this matter under 28 U.S.C. §§ 151, 157, and 1334.  This is a

     core proceeding under 28 U.S.C. § 157 (b)(2)(A) and (O).
25
26   **I.      STATEMENT OF FACTS AND GROUNDS FOR RELIEF**

27          1.      Debtor filed a voluntary petition for chapter 11 relief on September 7, 2010.  Debtor filed

28   to stop foreclosure on a 60 acre development on Stage Gulch Rd in Sonoma.

     UST's  MOTION TO DISMISS/CONVERT CASE: 10-13447                                          - 1 -

2.　　　On November 5, 2010, the court established March 5, 2011, as the deadline to obtain

confirmation of a plan, but was extended by order to September 4, 2011.  As of this date, a plan has not

been filed.

3.　　　Debtor has failed to  file operating reports for the months of February, March, April, May,

and June of 2011.  Without debtor's operating reports, parties cannot ascertain debtors' financial status

or performance or verify that debtor is using his debtor in possession account properly and otherwise

fulfilling his duties as a debtor in possession.

4.　　　Debtor owes estimated fees in the amount of $650 for the first and second quarters of 2011.

These are estimated as reports were not filed and more may be owed.

5.　　　In further support of this motion, the U.S. Trustee requests that the Court take judicial

notice of all documents filed in the case, including the Memorandum of Points and Authorities and the

Declaration of Paralegal Specialist filed concurrently herewith, pursuant to Rule 201 of the Federal

Rules of Evidence.

6.　　　Based upon the foregoing, the UST submits that cause exists to convert or dismiss this

case, whichever the Court deems to be in the best interest of creditors.  Since debtor's schedules show

substantial equity in its real property, the UST recommends conversion.  However, the UST reserves the

right to change the recommendation based on facts that may develop in response to this motion.

**II.　　PRAYER FOR RELIEF**

WHEREFORE, the UST requests that the Court enter an order dismissing or converting this case

to chapter 7 and granting such further relief as the Court deems appropriate.

Dated: July 21, 2011　　　　　　　　　　　　Respectfully submitted,

August B. Landis,
Acting United States Trustee

By: *Patricia A. Cutler, (#50352)*
　　Patricia A. Cutler
　　Attorney for U.S. Trustee

UST's  MOTION TO DISMISS/CONVERT CASE: 10-13447　　　　　　　　　　　　　- 2 -