DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
PATRICIA A. CUTLER, Trial Attorney (#50352)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

Attorneys for Acting United States Trustee
AUGUST B. LANDIS

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re ) No. 10-13447 AJ
)
) Chapter 11
SONOMA VINEYARD ESTATES, LLC, )
) Date: August 26, 2011
) Time: 9:00 a.m.
) Place: 99 South E Street
)         Santa Rosa, CA
_____Debtor_____ )

**WITHDRAWAL OF ACTING UNITED STATES TRUSTEE'S
MOTION TO DISMISS OR CONVERT CASE TO CHAPTER 7 UNDER 11 U.S.C. § 1112(b)**

August B. Landis Acting United States Trustee for Region 17, hereby withdraws his Motion to Dismiss Or Convert Case To Chapter 7 Under 11 U.S.C. § 1112 (b) and for related relief, and all pleadings and documents filed in support thereof. The Motion to Dismiss or Convert Case appears at docket number 50.

Dated: August 24, 2011          August B. Landis,
                                Acting United States Trustee

                                By: */s/ Patricia A. Cutler, (#50352)*
                                     Attorney for the U.S. Trustee